**Order entered October 16, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00599-CR

**KIERON ALEXANDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F15-75823-I**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for the trial court to make findings of fact and conclusions of law regarding the voluntariness of appellant's statement. On October 12, 2018, a supplemental clerk's record was filed containing the trial court's findings of fact and conclusions of law.

An opinion will issue in due course.

/s/     DOUGLAS S. LANG
PRESIDING JUSTICE